Timothy M. Ryan, Bar No. 178059
Matthew H. Aguirre, Bar No. 270388
THE RYAN FIRM
A Professional Corporation
30 Corporate Park, Suite 310
Irvine, CA 92606
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Federal National Mortgage Association (erroneously sued as Federal National Mortgage Association, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VODONICK,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC., a federally chartered corporation, all persons claiming any right, title or interest in certain real property; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.:  2:15-cv-00539-JAM-EFB<br>Date Action Filed: March 10, 2015<br><br>Assigned to: Judge John A. Mendez<br>Referred to: Magistrate Judge Edmund F. Brennan<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S (ERRONEOUSLY SUED AS FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:  June 3, 2015<br>Time:  9:30 a.m.<br>Ctrm:  6<br><br>Trial Date:  None set. |

**WHEREAS**, Defendant Federal National Mortgage Association's (erroneously sued as Federal National Mortgage Association, Inc.) ("Fannie Mae") motion to dismiss

1

the First Amended Complaint ("FAC") filed by Plaintiff E. John Vodonick ("Plaintiff") is currently scheduled to be heard on June 3, 2015.

**WHEREAS**, the parties hereto wish to engage in mediation in order to potentially settle this matter.

**WHEREAS**, the parties hereto wish to continue the hearing on Fannie Mae's motion to dismiss the FAC in order to allow for said mediation to occur.

**WHEREAS**, the parties hereto wish to avoid the expenditure of the Court's time and resources, if possible.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Fannie Mae through their counsel, as applicable, to continue the hearing on Fannie Mae's motion to dismiss the FAC currently on calendar for June 3, 2015, at 9:30 a.m., for no less than a period three months, to the first available date on the Court's calendar on or after September 3, 2015.

**IT IS SO STIPULATED.**

DATED:                                         THE RYAN FIRM
                                               A Professional Corporation


                                               By:_____
                                                  TIMOTHY M. RYAN
                                                  MATTHEW H. AGUIRRE
                                                  Attorneys for Defendant Federal
                                                  National Mortgage Association
                                                  (erroneously sued as Federal National
                                                  Mortgage Association, Inc.)


DATED:                                         VODONICK LAW FIRM



                                               By:_____
                                                  E. JOHN VODONICK, PH. D.
                                                  Plaintiff, in Pro Se

2

## ORDER

The Court, having reviewed the Stipulation of the parties hereto, by and through their counsel of record, as applicable, and good cause appearing therefore, orders as follows:

**IT IS HEREBY ORDERED** that the hearing date on Defendant Federal National Mortgage Association's motion to dismiss the First Amended Complaint filed by Plaintiff E. John Vodonick in the above-entitled matter, currently scheduled for June 3, 2015, is vacated and set for the first date available on the Court's calendar on or after September 3, 2015. The motion to dismiss is now set for **September 16, 2015, at 9:30 a.m**. in Courtroom 6 of the above-entitled Court. All deadlines for the filing and service of opposition and reply briefs are hereby calculated based on the new hearing date.

**IT IS SO ORDERED**.

DATED: May 12, 2015                    /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       United States District Court Judge

3

Stipulation and Order to Continue Hearing on Defendant Federal National Mortgage Association's Motion to Dismiss First Amended Complaint