Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
Michael W. Stoltzman Jr., Bar No. 263423
THE RYAN FIRM
A Professional Corporation
30 Corporate Park, Suite 310
Irvine, CA 92606
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Federal National Mortgage Association (erroneously sued as Federal National Mortgage Association, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VODONICK,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC., a federally chartered corporation, all persons claiming any right, title or interest in certain real property; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00539-JAM-EFB<br>Date Action Filed: March 10, 2015<br><br>Assigned to: Judge John A. Mendez<br><br>**STIPULATION FOR AMENDMENTS TO SCHEDULING ORDER; ORDER**<br><br>Trial Date: None set. |

1

**PLEASE TAKE NOTICE** that the parties have agreed, by and through their respective counsel, to various amendments to the Court's Scheduling Order. As a result, the parties stipulate as follows:

## **RECITALS**

**WHEREAS,** on June 24, 2019, the Court issued a scheduling order, which set the following deadlines and hearing dates: (1) February 25, 2020: deadline to file dispositive motions; (2) March 24, 2020, at 1:30 p.m.: hearing date for all dispositive motions; (3) April 24, 2020: deadline to file joint trial statement; (4) May 1, 2020, at 11:00 a.m.: final pre-trial conference; and (5) June 15, 2020 at 9:00 a.m.: jury trial.

**WHEREAS,** since the Court issued its initial scheduling order, various issues have arisen, which necessitates modifications to the scheduling order.

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** that the scheduling order may be amended to provide for the following modified deadlines and hearing dates: (1) April 7, 2020: deadline to file dispositive motions; (2) May 5, 2020, at 1:30 p.m.: hearing date for all dispositive motions; (3) July 24, 2020: deadline to file joint trial statement; (4) July 31, 2020, at 10:00 a.m.: final pre-trial conference; and (5) September 14, 2020 at 9:00 a.m.: jury trial.

**IT IS SO STIPULATED.**

DATED: February 10, 2020

THE RYAN FIRM
A Professional Corporation

By: \_\_\_/S/ Michael W. Stoltzman Jr.\_\_\_\_\_
    TIMOTHY M. RYAN
    ANDREW J. MASE
    MICHAEL W. STOLTZMAN JR.
    Attorneys for Defendant Federal
    National Mortgage Association
    (erroneously sued as Federal National
    Mortgage Association, Inc.)

DATED: February 10, 2020              VODONICK LAW FIRM


                                      By:   /S/ E. John Vodonick
                                            E. JOHN VODONICK


### **ORDER**

The Court, having reviewed the stipulation of the parties hereto, by and through their counsel of record, and good cause appearing therefore, orders as follows:

**IT IS HEREBY ORDERED** that the scheduling order is amended to provide for the following modified deadlines and hearing dates: (1) April 7, 2020: deadline to file dispositive motions; (2) May 5, 2020, at 1:30 p.m.: hearing date for all dispositive motions; (3) July 24, 2020: deadline to file joint trial statement; (4) July 31, 2020, at 10:00 a.m.: final pre-trial conference; and (5) September 14, 2020 at 9:00 a.m.: jury trial.

**IT IS SO ORDERED.**


DATED: 2/10/2020              /s/ John A. Mendez
                              JUDGE OF THE DISTRICT COURT