Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
THE RYAN FIRM
A Professional Corporation
2603 Main St, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Federal National Mortgage Association (erroneously sued as Federal National Mortgage Association, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VODONICK, | CASE NO.:   2:15-cv-00539-JAM-EFB |
|  Plaintiff, | Date Action Filed: March 10, 2015 |
| vs. | Assigned to: Judge John A. Mendez |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC., a federally chartered corporation, all persons claiming any right, title or interest in certain real property; and DOES 1 through 50, inclusive, | **STIPULATION TO EXPUNGE LIS PENDENS RECORDED AS DOCUMENT NUMBER 20150004964; ORDER** |
|  Defendants. | |

1

Stipulation to Expunge Lis Pendens; Order

1  **PLEASE TAKE NOTICE THAT** Plaintiff John Vodonick ("Plaintiff") and
2  defendant Federal National Mortgage Association ("Fannie Mae") hereby stipulate as
3  follows:
4  **THE PARTIES HEREBY STIPULATE** that that certain "Notice of Pending
5  Litigation" recorded by Plaintiff John Vodonick on or about March 11, 2015, as
6  document number 20150004964 in the Official Records of Nevada County shall be
7  expunged through order of this Court.  The legal description for the property that the
8  "Notice of Pending Litigation" encumbers is:

Legal Description

PARCEL 2 AS PER MAP FILED AUGUST 12, 1987, IN BOOK L7 OF PARCEL MAPS, PAGE 132. EXCEPT THE PERPETUAL RIGHT AND OWNERSHIP, TOGETHER WITH THE RIGHT TO MINE FOR, EXTRACT AND TAKE MINERALS FROM BENEATH THE SURFACE OF AND THE SUBSURFACE OF THAT PORTION OF THE SAID PROPERTY LYING MORE THAN ONE HUNDRED FEET BENEATH THE SURFACE THEREOF; PROVIDED THAT NO MINING OPERATIONS SHALL BE CONDUCTED BY SAID GRANTOR, ITS SUCCESSORS OR ASSIGNS, ON THE SURFACE OF THE REAL PROPERTY HEREIN CONVEYED OR AT ANY POINT WITHIN ONE HUNDRED FEET BELOW THE SURFACE THEREOF, AS RESENTED BY NEWMONT EXPLORATION LIMITED BY THE QUITCHIM DEED RECORDED OCTOBER 15, 1970, IN BOOK 531 PAGE 29 OF OFFICIAL RECORDS.

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Stipulation to Expunge Lis Pendens; Order

DATED:  June 5, 2020                    THE RYAN FIRM
                                         A Professional Corporation


                                         By:      /s/ Andrew Mase
                                             TIMOTHY M. RYAN
                                             ANDREW J. MASE
                                             Attorneys for Defendant Federal
                                             National Mortgage Association
                                             (erroneously sued as Federal National
                                             Mortgage Association, Inc.)


DATED:  June 5, 2020


                                         By: /s/ *John Vodonick*
                                             E. John Vodonick
                                             In Pro Se

## ORDER

The Court having read the parties stipulation and finding good cause now orders as follows:

**IT IS HEREBY ORDERED** that the "Notice of Pending Litigation" recorded by Plaintiff John Vodonick on or about March 11, 2015, as document number 20150004964 in the Official Records of Nevada County is hereby expunged.  A certified copy of this document may be filed in the Nevada County Recorder's Office.

**IT IS SO ORDERED.**


Dated:  June 8, 2020                     /s/ John A. Mendez
                                         JUDGE OF THE DISTRICT COURT


R:\9231 Lender Business Process Services\9231-0204 John Vodonick v. Fannie Mae\PLEADINGS\Executed stipulation to expunge lis pendens.docx