UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VODONICK,<br><br>               Plaintiff,<br><br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC., A FEDERALLY CHARTERED CORPORATION, ALL PERSONS CLAIMING ANY RIGHT, TITLE OR INTEREST IN CERTAIN REAL PROPERTY; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>               Defendants. | Case No. 2:15-CV-00539 JAM-EFB (PS)<br><br><br><br><br>**RELATED CASE ORDER** |
| JOHN VODONICK,<br><br>               Plaintiff,<br><br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC., A FEDERALLY CHARTERED CORPORATION, ALL PERSONS CLAIMING ANY RIGHT, TITLE OR INTEREST IN CERTAIN REAL PROPERTY; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>               Defendants. | Case No. 2:21-CV-01008 KJM-JDP |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial

savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:21-CV-01008 KJM-JDP be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:21-CV-01008 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  July 8, 2021                /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE